## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Linda McLaughlin, ex rel UNITED STATES OF AMERICA, <br><br> Plaintiffs/Relators, <br><br> v. <br><br> Regional Womens Health Group LLC and Regional Womens Health Management, LLC, t/a Axia Women's Health, <br><br> Defendants. | **QUI TAM COMPLAINT PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §3729 ET SEQ.** <br><br> **UNDER SEAL** |

---

### QUI TAM COMPLAINT

---

Table of Contents

|  |  | Page |
| --- | --- | --- |
| I. Summary of Claim | ................................................................. | 1 |
| II. The Parties | ................................................................. | 4 |
| A. Relator | ................................................................. | 4 |
| B. Defendants | ................................................................. | 4 |
| C. The United States of America | ................................................................. | 5 |
| III. Jurisdiction and Venue | ................................................................. | 6 |
| IV. Factual Background | ................................................................. | 6 |
| V. The Advance Beneficiary Notice (ABN) | ................................................................. | 8 |
| VI. The Medicare Assignment | ................................................................. | 8 |
| A. Purpose of the Assignment | ................................................................. | 8 |
| B. Violation of the Assignment by Provider | ................................................................. | 10 |
| C. The CMS 1500 Claim Form | ................................................................. | 10 |
| VII. Defendants" Violation of the False Claims Act (FCA) | ................................................................. | 11 |
| A. The False Claims Act | ................................................................. | 11 |
| 1. The FCA and False Certification | ................................................................. | 11 |
| 2. Defendants' Implied Certification | ................................................................. | 14 |
| 3. Defendants' Express Certification | ................................................................. | 14 |
| B. Materiality Under the FCA | ................................................................. | 15 |
| 1. Damages Under the False Claims Act | ................................................................. | 17 |
| VIII. Cause of Action | ................................................................. | 17 |
| A. Count One - The FCA: 31 U.S.C. § 3729(a)(1)(A) | ................................................................. | 17 |
| B. Count Two - The FCA: 31 U.S.C. § 3729(a)(1)(B) | ................................................................. | 18 |
| IX. Relief Requested | ................................................................. | 18 |

Linda McLaughlin (Relator) is an individual who received services from Defendants as a patient. Plaintiff herein has provided a disclosure to the Federal Government as required by §3730(e)(4)(B) and § 3730(b)(2) of the False Claims Act (FCA). The Disclosure Statement consists of the information known to her on which this false claims action is based, including all material evidence and information she possesses as required by § 3730(b)(2). The footnotes contained herein should be read and considered as part of the allegations set forth in such paragraphs.

## I.    SUMMARY of CLAIM

1.    Relator Linda McLaughlin ("Relator"), in her person and for the United States of America, files this Complaint against Regional Women's Health Group LLC (RWGH) and Regional Womens Health Management, LLC, (RWMG) both t/a Axia Women's Health (Defendants") pursuant to Section 31 U.S.C. Title 3729 and 3730 of the FCA.

2.    The above named Defendants own and operate a medical group practice located in Voorhees, NJ that specializes in Obstetrics & Gynecology (Ob/Gyn). The entire practice group consists of fifty nine (59) separate offices spanning four (4) States and hundreds of individual providers. RWMG is the management hub for all of the practice group members and provides IT management, billing services, coding compliance, accounting, payroll and HR management services. The Defendant healthcare provider number is registered in the NPI registry with number 1548215536 assigned on May 2006. The practitioner's primary taxonomy code is 207V00000X. The practice that Relator visited was 2401 Evesham Road, Suite A, Voorhees, New Jersey, 08043. It employs at least six Physicians and others licensed providers at the Voorhees location.

3.    Relator, as described herein, has a reasonably good faith belief that the fraudulent conduct is being directed by senior management at the corporate offices

and is therefore likely occurring at all offices and practices in that the billing and other duties are managed through a single management company. She has also spoken with individuals from the corporate billing offices.

4.      As a licensed Medicare provider, Defendants required to execute CMS Form 460 MEDICARE PARTICIPATING PHYSICIAN OR SUPPLIER AGREEMENT which requires the provider Defendants *". . . to accept assignment of the Medicare Part B payment for all services for which the participant is eligible to accept assignment under the Medicare law and regulations and which are furnished while this agreement."* This is known and referred to herein as the Assignment. Under the Assignment, *"the approved charge, determined by the Medicare Administrative Contractor (MAC), shall be the full charge for the service covered under Part B. <u>The participant shall not collect from the beneficiary or other person or organization for covered services more than the applicable deductible and coinsurance."</u>* (emphasis added). See Exhibit A, Sec. 1, a copy of form CMS-460 attached hereto.

5.      Defendants in New Jersey and across many states, is engaging in a fraudulent billing practice against their Medicare patients in order to avoid billing requirements and restrictions under the Assignment. First, for routine Ob/Gyn and other visits, Medicare patients are required to sign an Advance Beneficiary Notice of Non-Coverage (ABN), which provides that if "*Medicare doesn't pay for the services*" the patient is "*responsible for payment.*" The ABN, a document prepared by the Defendants acknowledges that CPT 99397[1] (Preventative Medicine Visit) is an exam that is "*never covered by Medicare.*" Yet, they knowingly submit such

---

[1] The scope of services for ths code is periodic comprehensive preventive medicine reevaluation and management of an individual including an age and gender appropriate history, examination, counseling/anticipatory guidance/risk factor reduction interventions, and the ordering of laboratory/diagnostic procedures, established patient; 65 years and older.

2

claim simultaneously with CPT G0101. See Exhibit B, Advance Beneficiary Notice of Non-coverage executed by Relator.

6. A routine Ob/Gyn visit typically covers cervical or vaginal screening, and a pelvic and breast exam which is billed under CPT code G0101[2]. Defendants charge one hundred and thirty dollars ($130.00) for this services and are reimbursed forty one dollars and fifty five cents ($41.55) by Medicare. Under the Assignment, the only other charge Defendants can charge or collect is any co-payment or coinsurance that may be applicable. See Exhibit C, Medicare Summary Notice for Part B for Relator describing the claims submitted by Defendant for services allegedly provided to Relator.

7. Senior management of the Defendants have directed all of their offices and centers to engage in the following fraudulent scheme to increase revenues. Essentially, to supplement and exceed the reimbursement Medicare pays for a routine Ob/Gyn visit CPT code G0101, and in order to appear to avoid the prohibitions of the Assignment clause in the Provider Agreement, Defendants are simultaneously submitting a claim for services covered under CPT code 99397 *(see n. 1, an extensive exam taking 45 minutes is allocated)*. Defendants provide none of the services covered by this exam. Defendants know in advance that such claim will be denied by Medicare and it then submits a bill to its patients personally for one hundred and fifty dollars ($150.00), advising patients they are "*responsible*" because they signed the ABN. In fact, Defendants even admit in the ABN that the "*exam is never covered by Medicare.*"[3] See Exhibit D, Defendants Billing Statement

---

[2] Medicare pays for annual screening pelvic and breast exams, if the patient is at high risk for developing cervical or vaginal cancer, or of childbearing age with an abnormal Pap test within the last 3 years or every two years for women at normal risk.
This service is reported and reimbursement with code G0101.

[3] See Exhibit B, page 1 chart, expressly stating that 99397 Exam never covered by Medicare.

3

to Relator for one hundred and fifty dollars ($150.00) for allegedly the services provided under CPT 99397.

8.     The fraudulent scheme by Defendants knowing violates the Assignment clause and renders the claim and services under G0101 false in that it is (I) a expressly false certification of the CMS Claim Form (Exhibit F), (ii) in violation of the Assignment, designed to collect from the Medicare beneficiary more than the applicable deductible and coinsurance for the covered services provided, (iii) using the ABN to fraudulently induces patients to pay more than the co-payment or coinsurance for the covered services provided and (iv) knowingly submits a false claim for services under CPT 99397 for services that were never provided.

## II. THE PARTIES

### A. Relator

9.   Relator is Linda McLaughlin, born April 26, 1956 and resides at 2 Moneta Ct, Mount Laurel, NJ 08054. Relator is a Medicare beneficiary and has been a patient at Defendant's Ob/Gyn practice in Voorhees for many years.  Relator is a licensed sales realtor for Berkshire Hathaway Fox Roach. Relator has consistently had a routine Ob/Gyn exam done annually and this is the first time such additional charges were assessed.

### B. Defendants

10.    Defendant Regional Womens Health Group LLC t/a Axia Women's Health (RWHG) is a healthcare provider. Its National Provider number (NPI) is registered in the NPI registry with number 1548215536 assigned on May 2006. The practitioner's primary taxonomy code is 207V00000X. Regional Women's Health Group is a group practice of women's healthcare providers throughout New Jersey who have partnered together. The principal business address of the Defendant is

4

Echelon One, Suite 300, 227 Laurel Road, Voorhees, New Jersey 08043. The practice which Relator visited and has had her exam was located at 2401 Evesham Road Suite A, Voorhees, New Jersey, 08043. It employs at least six Physicians and others licensed providers at the Voorhees location.

11.     Defendant Regional Womens Health Management, LLC t/a Regional Women's Health Group and/or Axia Womens Health Regional Women's Health Group (RWHM) is the practice management infrastructure arm model for the client practices of RWGH, which includes negotiating managed care contracts, centralized billing and collection processes, specialized coding and compliance services, risk management compliance programs, malpractice insurance premiums, access to the latest advancements in technology, and electronic medical records, and more. The principal business address of the Defendant is Echelon One, Suite 300, 227 Laurel Road, Voorhees, New Jersey 08043. The Chief Executive officer (CEO) is Gaurov Dayal. The Chief Financial Officer (CF)) is Robert Armstrong.

12.     The practice which Relator visited and has had her exams is currently located at 1010 Haddonfield Berlin Rd Ste 400, Voorhees NJ, 08043.     In addition to the Voorhees office, Defendants have 22 other locations, totaling over 170 providers in New Jersey[4]. In addition to the New Jersey practices, RWHM also manages womens health 11 practices in Indiana, 3 practices in Kentucky and 37 in Pennsylvania.[5] RWHG and RWHM are collectively referred to as Defendants.

### C.   The United States of America

13.     The Government through the Department of Health and Human

---

[4] A chart itemizing such practices is attached hereto and Exhibit "E"

[5] The location and profile for each of these practices can be find at https://axiawh.com/location-provider-search/

5

Services ("HHS") administers the Hospital Insurance Program for the Aged and Disabled established by Part A ("Medicare Part A Program") and the Supplementary Medical Insurance Program established by Part B ("Medicare Part B Program") Title XVIII of the Social Security Act under 42 U.S.C. §§ 1395 et seq. The Medicare Part A and Medicare Part B programs are federally financed health insurance programs for persons who are aged 65 and over and those who are disabled. HHS has delegated the administration of the Medicare Program to the Centers for Medicare and Medicare Services ("CMS"), a component of HHS.

14. The Government also administers other Federal Health Care program for which they are the primary insurer such as TriCare, Federal Blue Shield . All of these are collectively referred to herein as "Federal Payors".

### III. JURISDICTION and VENUE

15. This Court has jurisdiction over this suit under 28 U.S.C. §1331, as it asserts claims against the Defendants under 31 U.S.C. § 3729 pursuant to §3730(b)(1). Venue is proper under 28 U.S.C. §1391(b) and 31 U.S.C. § 3729 because the acts and omissions on which this action is based occurred in this District and Division.

16. 31 U.S.C. §3729 provides that any action under §3730 may be brought in any judicial district in which any defendant may be found to reside, or transact business, or in any district in which any proscribed act has occurred. All of the Defendants resides in and transact business within this District. Venue is therefore proper.

### IV. FACTUAL BACKGROUND

17. Relator had a routine Ob/Gyn exam visit scheduled with Defendants on December 12, 2024 at the Voorhees facility on December 12, 2024. Relator then

6

received a billing statement for services that were allegedly provided (CPT 99397) but not covered under Medicare (Exhibit D).

18. Relator complained to Defendant's corporate billing department, who insisted the bill was accurate. When Relator pressed as to what they were billing her for, they responded "*your cervical and breast exam was covered, your other services were not*". When Relator further pressed as to what other services? He said *"we weighed you and took your blood pressure"* and then he advised Relator that she signed the ABN, stating that she was *"responsible for uncovered services" ... and that they "won't change the bill."*[6] Relator had been a patient of this provider for 40 years and had never received a bill for a Ob/Gyn routine visit.

19. After receiving a call back from a supervisor in the billing dept. and getting the same runaround, Relator decided to go in person to the Voorhees facility. Upon arriving and asking to speak to someone in billing or administration, the girl at the front desk said... "Let me guess... you received a $150 bill." Relator was shocked she knew that as she had said nothing. Relator then met with Allison __, the girl in charge of Administration. It was clearly not the first time she'd heard this complaint. She told Relator that as soon as the Doctor enters the room the code is applied.

20. They were then joined by Mecca, the girl in charge of billing at this location. She confirmed the numerous complaints they've been receiving recently

---

[6] Shortly after these conversations Relator received a letter dated January 31, 2025 from Defendants, explaining the Medicare *"coverage for physical examination is limited to the Initial Preventative Physical Examination (IPPE) . . . and does not provide reimbursement for routine or annual physical exams beyond the scope of the IPPE."* (See Exhibit G). This is patently false on its face in that Medicare does cover annual screening pelvic and breast exams, if the patient is at high risk for developing cervical or vaginal cancer, or of childbearing age with an abnormal Pap test within the last 3 years or every two years for women at normal risk. This service is reported and reimbursement with code G0101. In fact, as demonstrated herein, that is what Defendants actually billed for and did receive reimbursement for Relator's visit.

7

about this billing practice, estimating it to be 6 to 10 per day... which affects only their Medicare patients. Relator was advised by these employees that "corporate" insists they do this. Mecca also said "maybe you're the one that can finally help us... corporate doesn't want to hear it." When pressed by Relator as to why they were doing this, Mecca stated "they're not happy with the $44 they receive from Medicare." "I feel sorry for all of our Medicare patients." When Relator expressed her outrage, she was told that "Axia was not the only one that's doing this, Advocare was as well".

## V. THE ADVANCE BENEFICIARY NOTICE (ABN)

21.    An Advance Beneficiary Notice (ABN), also known as a waiver of liability, is a notice a provider should give to its patients before services are provided. See Section 50, Medicare Claims Processing Manual, 100-4, Chapter 30). The notice must list the reason why the provider believes Medicare will deny payment. Relator received no such explanation. Providers are not required to give an ABN for services or items that are never covered by Medicare, such as hearing aids. Providers are not permitted to give an ABN all the time, or to have a blanket ABN policy.

22.    While the ABN is intended to serve as a warning that Medicare may not pay for the care a provider recommends, it is possible that Medicare will pay for the service. To get an official decision from Medicare, the patient must first sign the ABN, agreeing to pay if Medicare does not, and receive the care.

## VI. THE MEDICARE ASSIGNMENT

### A. Purpose of the Assignment

23.    The regulatory parameters for the Assignment are found in the Medicare Manual Chapter 30.3.2 - *Nature and Effect of Assignment on Carrier Claims* (Rev. 643, Issued: 08-12-05, Effective: 01-01-05, Implementation: 11-14-05).

8

The Assignment is a written agreement between beneficiaries, their physicians or other suppliers, and Medicare. The beneficiary agrees to let the physician or other supplier request direct payment from Medicare for covered Part B services, equipment, and supplies by assigning the claim to the physician or supplier. The physician/supplier in return agrees to accept the Medicare allowed payment amount by the carrier as his/her full charge for the items or services. A physician/supplier who agrees to accept assignment on all claims for Medicare services, rather than on a claim-by-claim basis is known as a participating physician/supplier. See Publication 100-4, chapter 1, sections 30.3 and 30.3.12.2 of the IOM.

24. In effect, the physician/supplier who accepts assignment on a claim-by-claim basis or who is a participating physician/supplier is precluded from charging the enrollee more than the deductible and coinsurance based upon the approved payment amount determination. If dissatisfied with the amount of the Medicare allowed amount, a physician/supplier may follow the procedures for appeals of contractor initial determinations. Physicians or suppliers who agree to (or must by law) accept assignment from Medicare cannot attempt to collect more than the appropriate Medicare deductible and coinsurance amounts from the beneficiary, his/her other insurance, or anyone else.

25. A violation of the Assignment occurs if the physician/supplier collects (or attempts to collect) from the enrollee or anyone else any amount which, when added to the benefit, exceeds the Medicare allowed amount. A bill for assigned services is considered paid in full when the Medicare allowed amount is paid. The carrier payment determination takes into account all of the services furnished by the physician/supplier in connection with the claim. Therefore, a physician/supplier may not charge the enrollee for paperwork involved in filing an assigned claim.

B. Violation of the Assignment By Provider

26. A violation of the Assignment is a serious matter. Violators can face criminal penalties, administrative sanctions and civil monetary penalties.

1. Criminal Penalties. The law provides that any person who accepts an assignment of benefits under Medicare, and who "knowingly, willfully, and repeatedly" violates the assignment agreement, shall be guilty of a misdemeanor and subject to a fine of not more than $2,000, or imprisonment of not more than 6 months, or both.(Rev. 259, Issued: 06-13-08, Effective: 07-01-08, Implementation: 07-07-08).

2. Administrative Sanction. The CMS may revoke the right of a physician (or other supplier, or the qualified reassignee of a physician or other supplier) to receive assigned benefits, if the physician (or other party) who has been notified of the impropriety of the practice collects or attempts to collect more than the Medicare-allowed charge as determined for covered services after accepting assignment of benefits for such items or services, or fails to stop collection efforts already begun or to refund monies incorrectly collected.

3. Civil Monetary Penalties (CMPs). The statute provides for CMPs of up to $2,000 per item or service claimed against any person who violates an assignment agreement.

C. The CMS 1500 Claim Form

27. The purpose of Form CMS 1500 Claim is to facilitate the billing process for healthcare services provided under the Medicare program. This standardized form is used by healthcare providers, such as physicians, hospitals, and other healthcare professionals, to submit claims for reimbursement for services rendered to Medicare beneficiaries. Defendants, like every other providers uses this Form to submit claims for reimbursement. See sample copy attached hereto as Exhibit F.

10

28.    The CMS 1500 claim form serves as a medical record documenting the diagnosis, procedures, and services provided to the patient. It ensures the proper documentation of medical necessity for the services rendered.  The Form, information certified by the Provider sets a standard for compliance by requiring accurate, and truthful information to ensure compliance with Medicare rules and regulations.

29.    The CMS Form 1500, which Defendants submit and certify to its accuracy, requires Providers to identify whether they are "ACCEPT ASSIGNMENT?" at question 27 on the Form. Defendants, for all of there Medicare claims acknowledge in the affirmative that they accept assignment. This creates an express false statement by Defendants to get the claim paid.

30.   Defendants attempt to circumvent the express certification in each CMS 1500 Claim Form is a false express certification by Defendants under the FCA.

VII.    <u>DEFENDANT'S  VIOLATION OF  THE FALSE  CLAIMS  ACT</u>

A. The False Claims Act

1.  The FCA and False Certification

31.    The FCA is "intended to reach all types of fraud, without qualification, that might result in financial loss to the government." <u>*United States V. Neifert-White*</u>, 390 U.S. 228, 232 (1968).  Relator allege that Defendants violated the FCA by causing the submission of false claims[7] all in violation of 31 U.S.C. § 3729(a)(1)(A). This section imposes liability on any person who *"Knowingly presents or causes to be*

---

[7] The Federal FCA defines a "claim" to include any request or demand, whether under contract or otherwise, for money or property which is made to a contractor, grantee, or other recipient if the United States Government provides any portion of the money or property which is requested or demanded, or if the Government will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested.

11

*presented a false or fraudulent claim for payment or approval*"; 31 U.S.C. § 3729(a)(1)(A), as amended May 20, 2009.[8]

32. "Knowingly" means the defendant (1) had actual knowledge that the claim is false; or (2) acted with deliberate ignorance of the truth or falsity of the claims; or (3) acted with reckless disregard of the truth or false of the other claim. 31 U.S.C. § 3729(b)(1)(A)(1-3) and Section 2729(b)(1)(B).

33. A false certification establishes the "falsity" of a claim under the FCA. This was emphasized by Congress in the 1986 Amendments to the FCA stating "each and every claim submitted under a contract, loan guarantee or other agreement which was originally obtained by means of false statements or other corrupt and fraudulent conduct, or in violation of any statute or appropriate regulation, constitutes a false claim." S.Rep. No. 99-345 at 9 (1986), reprinted in 1986 U.S.C.C.A.M. 5266, 5274.

34. The Third Circuit, in *Wilkins and Willis ex rel USA v. United Health Group,* (June 30, 2011), adopted the implied certification theory under the False Claims Act. In addition, the Third Circuit also indicated in *Wilkins* that no specific claim need be identified at the pleading stage in an action under the FCA to state a cause of action under the implied certification theory. To establish a claim under § 3729(a)(1)(A) of the FCA, a relator "must prove that '(1) the defendant presented or caused to be presented to an agent of the United States a claim for payment; (2) the claim was false or fraudulent; and (3) the defendant knew the claim was false or fraudulent.' " *United States ex rel. Wilkins v. United Health Group, Inc., 659 F.3d 295, 304–05* (3d Cir.2011) (quoting United States ex rel. *Schmidt v. Zimmer, Inc.*

_____

[8] The Fraud Enforcement Recovery Act of 2009, Pub.L. No. 111-21, § 4, 123 Stat. 1616 (2009) modified and renumbered the subsections of § 3729(a) ("FERA").

("Zimmer I "), 386 F.3d 235, 242 (3d Cir.2004)) (referring to previous codification of the statute as § 3729(a)(1)).

35. Section 3729(a)(1)(A) requires only that a claimant present a 'false or fraudulent claim for payment or approval' without the additional element of a 'false record or statement.' *Id.* Thus § 3729(a)(1)(A) allows a relator to bring a claim based on a defendant submitting a claim for government funds without explicitly making a false statement.

36. A legally false FCA claim is based on a 'false certification' theory of liability." *Id.* A claim is legally false when the claimant knowingly falsely certifies that it has complied with a statute or regulation which is material to the government's decision whether to make payment for the goods or services. Within the theory of false certification, there are two further categories: express and implied false certification. A defendant violates the FCA under express false certification when, in conjunction with a request for Federal funds, it certifies that it is in compliance with regulations that are requirements for payment.

37. An FCA violation occurs under implied false certification when a Defendant submits a claim for payment that makes specific representations about the goods or services provided, but knowingly fails to disclose the noncompliance with a statutory, regulatory, or a contractual requirement. In these circumstances, liability may attach if the omission renders those representations misleading. *United States ex rel. Escobar ,* 2016 WL 3317565, slip op., No. 15-7 (June 16, 2016),

38. Liability under the FCA occurs under the implied certification for those who submit claims that make fraudulent misrepresentations, which include misleading omissions if they render the representations misleading with respect to

13

the goods or services.  Specifically,  representations,  like the ones present here, that fall within the rule that "half-truths" - representations that state the truth only so far as it goes, while omitting critical qualifying information - can be actionable.

### 2.  Defendant's Implied Certification

39.    Defendants falsely implied that it had complied with the requirements of the ABN, including false provisions of services under CPT 99397, failure to give notice of why it wasn't paid and failure to advise relators about her appeal rights.

40.    The Federal FCA, 31 U.S.C. § 3729(a)(1)(A) makes "knowingly[9]" presenting or causing to be presented to the United States any false or fraudulent claim for payment, a violation of federal law for which the United States may recover three times the amount of the damages the government sustains and a civil monetary penalty of between $10,781 and  $21,563.00 per claim[10].

### 3.  Defendant's  Express Certification

41.    Defendants attempt to circumvent the express certification in each CMS 1500 Claim Form regarding its agreement to "accept assignment" is a false express certification by Defendants under the FCA. The Federal FCA, 31 U.S.C. § 3729(a)(1)(B) makes "knowingly" making, using, or causing to be used or made, a false record or statement to get a false or fraudulent claim paid or approved by the

---

[9]  "Knowingly" means the defendant (1) had actual knowledge that the claim is false; (2) acted with deliberate ignorance of the truth or falsity of the claims; or (3) acted with reckless disregard of the truth or false of the other claim.  31 U.S.C. § 3729(b)(1)(A)(1- 3) and Section 2729(b)(1)(B).

[10] On November 2, 2015, President Obama signed into law the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015 (the 2015 Act), which further amended the Federal Civil Penalties Inflation Adjustment Act of 1990. The 2015 Act updates the process by which federal agencies adjust applicable civil monetary penalties  for inflation to retain the deterrent effect of those penalties. The 2015 Act requires that not later than July 1, 2016, and not later than January 15 of every year thereafter, the head of each agency must, by regulation published in the Federal Register, adjust each CMP  within its jurisdiction by the inflation adjustment described in the 2015 Act. For violations of the False Claims Act, the interim final rule minimum per-claim CMP's will increase to $10,781 from $5,500, and maximum per-claim CMPs will jump to $21,563 from $11,000. The increase takes effect August 1, 2015 and applies to violations after November 2, 2015.

14

Government, a violation of federal law for which the United States may recover three times the amount of the damages the Government sustains and a civil monetary penalty of between $10,781 and $21,563.00 per claim.

### B. Materiality Under the FCA

42.     *Escobar* reaffirmed that the proper test for determining materiality in FCA cases is whether the conduct at issue has "a natural tendency to influence, or [is] capable of influencing, the payment or receipt of money or property." 136 S. Ct. at 2002 (citing 31 U.S.C. § 3729(b)(4); *Neder v. United States*, 527 U.S. 1, 16 (1999); *Kungys v. United States*, 485 U.S. 759, 770 (1988)).

This approach is consistent with the statutory text of the FCA, which was amended in 2009 to expressly incorporate the "natural tendency" test, thereby rejecting a more onerous "outcome materiality" standard that some courts had adopted. See Pub. L. No. 111-21 at § 4 (2009) (The Fraud Enforcement and Recovery Act of 2009 ("FERA")).

43.     The Supreme Court in *Escobar* identified a variety of factors bearing on this holistic assessment, including:

1.     whether the requirement violated is a condition of payment, *Id. at 2003*;

2.     whether the requirement violated is significant or "minor or insubstantial," *Id.;*

3. whether the violation goes to the "'essence of the bargain,'" *Id. at 2003 n.5* (quoting *Junius Const. Co. v. Cohen*, 257 N.Y. 393, 400 (1931)); and

4. how the Government has treated similar violations when it had "actual knowledge" of them, *Id. at 2003-04.*

15

44.     Importantly, *Escobar* makes clear that no one factor is dispositive, and a court must evaluate these factors together to determine whether a particular violation is material. *Id. at 2001* (citing *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27, 39 (2011) (materiality cannot rest on a "single fact or occurrence as always determinative")); accord; *United States ex rel. Escobar v. United Health Services, Inc.*, No. 14-1423, slip op. at 15 (1st Cir. Nov. 22, 2016) (employing Supreme Court's "holistic approach" to materiality analysis).

45.   It is clear that this matter meets the materiality standard under the FCA. The reasons are set forth below. The Medicare Assignment of Benefits is critical to the Medicare program because it ensures affordable access to healthcare for beneficiaries and supports the program's operational efficiency.

46.     When healthcare providers accept Medicare's assignment, they agree to charge only the Medicare-approved amount for covered services. This caps costs, preventing providers from billing beneficiaries for excessive fees beyond Medicare's payment and the beneficiary's deductible or coinsurance (typically 20%). Without assignment, beneficiaries could face unpredictable out-of-pocket costs, undermining affordability.

47.     Assignment streamlines billing by allowing providers to submit claims directly to Medicare, which pays its share before billing the beneficiary for any remaining amount. This reduces administrative burdens for both patients and providers, ensuring smoother program operations.

48.     Providers who accept assignment are more likely to treat Medicare patients, as they receive timely payments directly from Medicare. This maintains a robust network of participating providers, ensuring beneficiaries have access to necessary care.

16

49.     Medicare primarily serves elderly and disabled individuals, many on fixed incomes. Assignment prevents financial exploitation by limiting charges, safeguarding beneficiaries from unexpected medical debt. By controlling costs and encouraging provider participation, assignment helps manage Medicare's budget, ensuring the program remains financially viable to serve millions of Americans.

50.   In short, the Assignment of Benefits is a cornerstone of Medicare's ability to provide affordable, accessible, and efficient healthcare while protecting beneficiaries and sustaining the program.

### 1. Damages Under the False Claims Act

51.   The measure of damages the United States is entitled to recover under the FCA is the amount of money the government paid out by reason of the false claims over and above what it would have paid out if the claims had not been false or fraudulent. *Marcus,* 317 U.S. at 543-545, 63 S.Ct. 379; *United States v. Neifert-White,* 390 U.S. at 232, 88 S.Ct. 959.

52.     The government is allowed to recover three times the amount of its damages. 31 U.S.C. § 3729(a). "FCA damages 'typically are liberally calculated to ensure that they afford the government complete indemnity for the injuries done it.'" *United States ex rel. Roby v. Boeing Co.,* 302 F.3d 637, 646 (6th Cir.2002) (quoting *United States ex rel. Compton v. Midwest Specialties, Inc.,* 142 F.3d 296, 304 (6th Cir.1998)).

### VIII.   CAUSE OF ACTION

### A.  COUNT ONE

### THE FCA: 31 U.S.C. § 3729(a)(1)(A)

53.   All of the allegations set forth herein in paragraphs 1 – 52 are incorporated herein by reference as if fully set forth at length.

17

54.    The Federal FCA, 31 U.S.C. § 3729(a)(1)(A) makes "knowingly[11]" presenting or causing to be presented to the United States any false or fraudulent claim for payment, a violation of federal law for which the United States may recover three times the amount of the damages the government sustains and a civil monetary penalty of between $10,781 and  $21,563.00 per claim.

### B.  COUNT TWO

### THE FCA: 31 U.S.C. § 3729(a)(1)(B)

55.    All of the allegations set forth herein in paragraphs 1 - 52 are incorporated herein by reference as if fully set forth at length.

56.    The Federal FCA, 31 U.S.C. § 3729(a)(1)(B) makes "knowingly" making, using, or causing to be used or made, a false record or statement to get a false or fraudulent claim paid or approved by the Government, a violation of federal law for which the United States may recover three times the amount of the damages the Government sustains and a civil monetary penalty of  $10,781.00 and  $21,563.00.

### IX.  RELIEF REQUESTED

57.    Relator requests the following relief be imposed against Defendants:

 (a)  That the United States be awarded three times the amount of damages which it sustained because of the acts of Defendants pursuant to §3729(a)(1)(A) through ( C) of the FCA;

 (b)  That Defendants each be held liable for civil penalties of up to $21,563.00, but not less than $10,781.00 (as adjusted pursuant to §3729 of the FCA and the Civil

---

[11]  "Knowingly" means the defendant (1) had actual knowledge that the claim is false; (2) acted with deliberate ignorance of the truth or falsity of the claims; or (3) acted with reckless disregard of the truth or false of the other claim.  31 U.S.C. § 3729(b)(1)(A)(1- 3) and Section 2729(b)(1)(B).

18

Penalties Act), to the U.S. for each and every act in violation of the FCA.

(c) That this Court award such interest as is available pursuant to the FCA.

(d) That in the event the United States intervenes in this action and takes over its prosecution, the Relators be awarded an amount for bringing this action on behalf of the United States of at least 15% but not more than 25% of the proceeds paid to the United States resulting from the trial or settlement of the claim, pursuant to §3730(d)(1) of the FCA;

(e) That in the event the United States does not intervene in this action, the Relator be awarded an amount for bringing this action for the United States of at least 25% but not more than 30% of the proceeds paid to the United States resulting from the trial or settlement of the claim, pursuant to §3730(d)(2) of the FCA;

(f) That this Court award reasonable attorneys' fees, costs and expenses to the Relator, which were necessarily incurred in bringing and prosecuting this case, pursuant to §3730(d)(1) or (2) of the FCA; and

(g) That this Court award such other relief as it deems just, necessary and fair.

Relator requests a trial by jury of all issues so triable.

Respectfully submitted,

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM and SININS, P.C.

By: s/ Marc M. Orlow
    MARC M. ORLOW, ESQ.
    ROSS BEGELMAN, ESQ.
      Attorneys for Plaintiff/Relator

Dated: May 15, 2025

19



DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB NO. 0938-0373
EXPIRES 11/30/2025

# MEDICARE PARTICIPATING PHYSICIAN OR SUPPLIER AGREEMENT

| Name(s) and Address of Participant* | National Provider Identifier (NPI)* |
|---|---|
| | |

*List all names and the NPI under which the participant files claims with the Medicare Administrative Contractor (MAC) with whom this agreement is being filed.

The above named person or organization, called "the participant," hereby enters into an agreement with the Medicare program to accept assignment of the Medicare Part B payment for all services for which the participant is eligible to accept assignment under the Medicare law and regulations and which are furnished while this agreement is in effect.

1. **Meaning of Assignment:** For purposes of this agreement, accepting assignment of the Medicare Part B payment means requesting direct Part B payment from the Medicare program. Under an assignment, the approved charge, determined by the MAC, shall be the full charge for the service covered under Part B. The participant shall not collect from the beneficiary or other person or organization for covered services more than the applicable deductible and coinsurance.

2. **Effective Date:** If the participant files the agreement with any MAC during the enrollment period, the agreement becomes effective _____.

3. **Term and Termination of Agreement:** This agreement shall continue in effect through December 31 following the date the agreement becomes effective and shall be renewed automatically for each 12-month period January 1 through December 31 thereafter unless one of the following occurs:

   a. During the enrollment period provided near the end of any calendar year, the participant notifies in writing every MAC with whom the participant has filed the agreement or a copy of the agreement that the participant wishes to terminate the agreement at the end of the current term. In the event such notification is mailed or delivered during the enrollment period provided near the end of any calendar year, the agreement shall end on December 31 of that year.

   b. The Centers for Medicare & Medicaid Services may find, after notice to and opportunity for a hearing for the participant, that the participant has substantially failed to comply with the agreement. In the event such a finding is made, the Centers for Medicare & Medicaid Services will notify the participant in writing that the agreement will be terminated at a time designated in the notice. Civil and criminal penalties may also be imposed for violation of the agreement.

| Signature of participant (or authorized representative of participating organization) | Date |
|---|---|
| Title (if signer is authorized representative of organization) | Office Phone Number (including area code) |

| Received by (name of MAC) | Initials of MAC Official | Effective Date |
|---|---|---|

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0373 (Expires 11/30/2025). The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-460 (11/22)

1

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

# INSTRUCTIONS FOR THE MEDICARE PARTICIPATING PHYSICIAN AND SUPPLIER AGREEMENT (CMS-460)

To sign a participation agreement is to agree to accept assignment for all covered services that you provide to Medicare patients.

## WHY PARTICIPATE?

If you bill for physicians' professional services, services and supplies provided incident to physicians' professional services, outpatient physical and occupational therapy services, diagnostic tests, or radiology services, your Medicare fee schedule amounts are 5 percent higher if you participate. Also, providers receive direct and timely reimbursement from Medicare.

Regardless of the Medicare Part B services for which you are billing, participants have "one stop" billing for beneficiaries who have Medigap coverage not connected with their employment and who assign both their Medicare and Medigap payments to participants. After we have made payment, Medicare will send the claim on to the Medigap insurer for payment of all coinsurance and deductible amounts due under the Medigap policy. The Medigap insurer must pay the participant directly.

Currently, the large majority of physicians, practitioners and suppliers are billing under Medicare participation agreements.

## WHEN THE DECISION TO PARTICIPATE CAN BE MADE:

- Toward the end of each calendar year, all MAC have an open enrollment period. The open enrollment period generally is from mid-November through December 31. During this period, providers who are currently enrolled in the Medicare Program can change their current participation status beginning the next calendar year on January 1. This is the only time these providers are given the opportunity to change their participation status. These providers should contact their MAC to learn where to send the agreement, and get the exact dates for the open enrollment period when the agreement will be accepted.

- New physicians, practitioners, and suppliers can sign the participation agreement and become a Medicare participant at the time of their enrollment into the Medicare Program. The participation agreement will become effective on the date of filing; i.e., the date the participant mails (post-mark date) the agreement to the MAC or delivers it to the MAC.

Contact your MAC to get the exact dates the participation agreement will be accepted, and to learn where to send the agreement.

## WHAT TO DO DURING OPEN ENROLLMENT:

If you choose to be a participant:
- Do nothing if you are currently participating, or
- If you are not currently a Medicare participant, complete the blank agreement (CMS-460) and mail it (or a copy) to each to which you submit Part B claims. (On the form show the name(s) and identification number(s) under which you bill.)

If you decide not to participate:
- Do nothing if you are currently not participating, or
- If you are currently a participant, write to each MAC to which you submit claims, advising of your termination effective the first day of the next calendar year. This written notice must be postmarked prior to the end of the current calendar year.

Form CMS-460 Instructions (11/22)

**WHAT TO DO IF YOU'RE A NEW PHYSICIAN, PRACTITIONER OR SUPPLIER:**

If you choose to be a participant:

- Complete the blank agreement (CMS-460) and submit it with your Medicare enrollment application to your MAC.

- If you have already enrolled in the Medicare program, you have 90 days from when you are enrolled to decide if you want to participate. If you decide to participate within this 90-day timeframe, complete the CMS-460 and send to your MAC.

If you decide not to participate:

- Do nothing. All new physicians, practitioners, and suppliers that are newly enrolled are automatically non-participating. You are not considered to be participating unless you submit the CMS-460 form to your MAC.

We hope you will decide to be a Medicare participant.

Please call the MAC in your jurisdiction if you have any questions or need further information on participation.

**DO NOT SEND YOUR CMS-460 FORM TO CMS, SEND TO YOUR MAC. IF YOU SEND YOUR FORMS TO CMS, IT WILL DELAY PROCESSING OF YOUR CMS-460 FORMS.**

To view updates and the latest information about Medicare, or to obtain telephone numbers of the various Medicare Administrative Contractor (MAC) contacts including the MAC medical directors, please visit the CMS web site at *http://www.cms.gov/*.

**SUMMARY:**                                                                                      2/28/2025

Axia Women's Health, a large provider of Women's Health Services in NJ and across many states, is engaging in a fraudulent billing practice against their Medicare patients. I had a routine visit at their Voorhees facility on 12/12/24 and learned this after receiving a bill several weeks later. They are submitting claims to Medicare for routine visits using an always denied Medicare code (99397) which stands for "Established Patient Periodic Medical Exam". Once denied, they bill their Medicare patient $150 for what they claim are "uncovered services".

When I complained to their corporate billing dept., he insisted the bill is accurate. When pressed as to what they're billing me for, he said "your cervical and breast exam was covered, your other services were not". When further pressed as to what other services? He said "we weighed you and took your blood pressure." He also said "Medicare made changes in 2024". After further insisting no exam was done, he reminded me of the ABN waiver that I signed stating that I was responsible for uncovered services... and that they won't change the bill. The ABN is a routine form, signed in most doctors offices, and is never a concern to sign as I have insurance and trust my medical providers to bill accurately.

I have since done extensive research and learned that 99397 is for an extensive exam, head to toe, that should take 45 minutes to an hour. My entire visit was barely 15 minutes and consisted of the breast and cervical exam and a request for a prescription to get a Dexascan... nothing more. Medicare confirms this code is ALWAYS denied. I would also like to note that I've been going to this facility for 40 years and have NEVER received a bill for a routine visit as I've always had insurance and was not made aware that this visit would be any different. I had also just had a complete physical a few weeks earlier in November 2024, with my primary doctor, so I would have never knowingly agreed to such an exam. I was there for a "female" exam only.

I have spoken at length with employees in their office who have confirmed the numerous complaints they've been receiving recently about this billing practice, 6 to 10 per day... which affects only their Medicare patients. They tell me that "corporate" insists they do this. According to the many folks I've talked to at Medicare directly, they've noticed a considerable increase in this code being used in recent months by Obgyn facilities. They also told me they've made no changes, as the billing guy eluded to, the only change was the way the claim was submitted by Axia to Medicare. Medicare also confirmed that a provider can NOT bill differently for the same type of visit, even if two years apart, unless there was a significant change in the patient (I have attached my medical records from the 2024 and 2022 visits).

Below is a timeline summary with a few more details:

12/12 Visited the Voorhees Office for a standard "women's visit" by Dr. Kristina Masi.

1/24 (approx.) Received $150 bill from Axia (attached)

1/27 Called Axia's central billing dept. Spoke to a rude gentleman who insisted their bill was correct and made the comments mentioned above. I asked to speak to a supervisor. Did not hear back.

1/28 Went in person to the Voorhees facility and requested to meet with someone in Admin or Billing. The girl at the front desk said... "Let me guess... you received a $150 bill." I was shocked she knew that as I had said nothing. I then met with Allison, the girl in charge of Administration. It was clearly not the

first time she'd heard this complaint. She told me that as soon as the Dr enters the room the code is applied. We were then joined by Mecca, the girl in charge of billing at that location. She was the one who has been fielding all the daily calls complaining about this, and said "maybe you're the one can finally help us... corporate doesn't want to hear it." When pressed as to WHY they were doing this she said, "They're not happy with the $44 they receive from Medicare." She also added "I feel sorry for all of our Medicare patients."

1/29 I received a call back from the supervisor at central billing who recited the same script I had heard previously from the man I first spoke to. She insisted their bill was correct and I had to pay it.

1/29 -1/31  I began researching this online and with Medicare directly and learned the following:

- Medicare had made no changes in 2024, so the billing dept lied to me
- The code 99397 should never be used for Medicare patients as it's always denied
- Medicare has seen an uptick in the use of this code by Obgyn facilities in recent months
- Axia billed the 2024 visit differently than my identical 2022 visit, which Medicare confirmed can't be done.

I have attached the following documents to support my claim:

- My Medical records from both the 2024 and 2022 visits
- The invoice I received for $150
- The letter they sent after I complained stating that I was responsible
- The ABN form that I signed at my visit
- The EOB from Medicare regarding the visit on 12/12/24
- Screen shots from the Internet showing I'm not the only one this is happening to
- Screen shots showing explanations for ABN usage and how it shouldn't apply in this case

I hope this summary is sufficient, but I'd be happy to answer any other questions you may have. My work in real estate concentrates on the senior market and this type of fraud against seniors infuriates me. I thank you for your time so far and truly hope you are right law firm to end this fraudulent practice.

B

Regional Women's Health 227 Laurel Rd. Voorhees, NJ 08043 856-669-6050

**Patient Name: McLaughlin, Linda**     **Identification Number: 04/26/1956**

# Advance Beneficiary Notice of Non-coverage (ABN)

**NOTE:** If Medicare doesn't pay for **the services** below, you may have to pay. Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **services** below.

| Service(s): | Reason Medicare May Not Pay: | Estimated Cost |
|---|---|---|
| 99387 or 99397 - Preventative Medicine Visit | • Exam never covered by Medicare | $280-335 |
| G0101 - Pelvic/Breast Exam | • Medicare may only pay for this exam every 24 month (Unless high-risk) | $130 |
| Q0091 - Collection of Pap Smear | • Medicare may only pay for this exam every 24 month (Unless high-risk) | $130 |

**WHAT YOU NEED TO DO NOW:**
- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **services** listed above.
  **Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

**G. OPTIONS:     Check only one box. We cannot choose a box for you.**

☑ **OPTION 1.** I want the **services** listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but I can appeal to Medicare by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2.** I want the **services** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. I cannot appeal if Medicare is not billed.

☐ **OPTION 3.** I don't want the **services** listed above. I understand with this choice I am not responsible for payment, and I cannot appeal to see if Medicare would pay.

**Additional Information:**     2401 Evesham Road, Suite A

**Voorhees, NJ 08043**     **856-424-3323**

This notice gives our opinion, not an official Medicare decision. If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE (1-800-633-4227/TTY: 1-877-486-2048).**

Signing below means that you have received and understand this notice. You also receive a copy.

| I. Signature: *[signature: Linda McLaughlin]* | J. Date: 12-12-24 |
|---|---|

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare.gov/about-us/accessibility-nondiscrimination-notice.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-R-131 (Exp.01/31/2026)     Form Approved OMB No. 0938-0566

*Only service performed was G0101. I was never informed this visit would be any different than any other I've had there over 40 years. Visit lasted less than 15 minutes. NO full exam performed.*

C



# Medicare Summary Notice
## for Part B (Medical Insurance)

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services

479770360

Page 5 of 8

## THIS IS A REQUESTED COPY
### This Is Not A Bill

### Notice for Linda S Mclaughlin

| | |
|---|---|
| Medicare Number | XXXXXXXNH09 |
| Date of This Notice | **January 2, 2025** |
| Claims Processed | **January 2, 2025** |

## Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$240.00** deductible for 2024.

## Be Informed!

**Were you admitted to a hospital as an inpatient but the hospital changed your status to outpatient receiving observation services?** You may be entitled to a new appeal right if you meet certain requirements. Visit medicare.gov/statuschange.

## Your Claims & Costs This Period

| | |
|---|---|
| **Did Medicare Approve All Services?** | **NO** |
| **Number of Services Medicare Denied** | **1** |

See claims starting on page 3. Look for NO in the "Service Approved?" column. See the last page for how to handle a denied claim.

| | |
|---|---|
| **Total You May Be Billed** | **$150.00** |

## Providers with Claims This Period

December 12, 2024
**Regional Womens Hlth Grp LLC**



¿Sabía que puede recibir este aviso y otro tipo de ayuda de Medicare en español? Llame y hable con un agente en español.
如果需要国语帮助, 请致电联邦医疗保险, 请先说"agent", 然后说"Mandarin".

**1-800-MEDICARE (1-800-633-4227)**

000053 0003 0005 000
141543-O01-0

# Making the Most of Your Medicare

## How to Check This Notice

**Do you recognize the name of each doctor or provider?** Check the dates. Did you have an appointment that day?

**Did you get the services listed?** Do they match those listed on your receipts and bills?

**If you already paid the bill, did you pay the right amount?** Check the maximum you may be billed. See if the claim was sent to your Medicare supplement insurance (Medigap) plan or other insurer. That plan may pay your share.

## How to Report Fraud

If you think a provider or business is involved in fraud, call us at 1-800-MEDICARE (1-800-633-4227).

Some examples of fraud include offers for free medical services or billing you for Medicare services you didn't get. If we determine that your tip led to uncovering fraud, you may qualify for a reward.

**Beware of advertisements that read, "This item is approved by Medicare" or "No out-of-pocket expenses."**

## How to Get Help with Your Questions

**1-800-MEDICARE (1-800-633-4227)**
Ask for "doctors services." Your customer-service code is 12502.

**TTY 1-877-486-2048** (for hearing impaired).

Contact your State Health Insurance Program (SHIP) for free, local health insurance counseling. Call **1-800-792-8820.**

## Medicare Preventive Services

Medicare covers many free or low-cost exams and screenings to help you stay healthy. For more information about preventive services:

- Talk to your doctor.
- Look at your "Medicare & You" handbook for a complete list.
- Create an account on Medicare.gov.

## Your Messages from Medicare

**Mammograms save lives!** Breast cancer is the most common cancer in women. Medicare helps pay for mammograms, which can catch the cancer early, when treatment works best. Schedule your mammogram today!

**We can send you, upon request, Medicare information for free in accessible formats like Braille and large print.** Learn more at Medicare.gov/about-us/accessibility-nondiscrimination-notice.

**If you haven't gotten your flu vaccine, it isn't too late.** Please contact your health care provider about getting the vaccine.

**Starting soon, you'll get this Medicare Summary Notice (MSN) in the mail every 4 months instead of every 3 months, unless you've signed up to get electronic MSNs.** Sign up today at Medicare.gov/go-digital.

Linda S Mclaughlin

# Your Claims for Part B (Medical Insurance)

Part B Medical Insurance helps pay for doctors' services, diagnostic tests, ambulance services, and other health care services.

## Definitions of Columns

**Service Approved?:** This column tells you if Medicare covered the service.

**Amount Provider Charged:** This is your provider's fee for this service.

**Medicare-Approved Amount:** This is the amount a provider can be paid for a Medicare service. It may be less than the actual amount the provider charged.

Your provider has agreed to accept this amount as full payment for covered services. Medicare usually pays 80% of the Medicare-approved amount.

**Amount Medicare Paid:** This is the amount Medicare paid your provider. This is usually 80% of the Medicare-approved amount.

**Maximum You May Be Billed:** This is the total amount the provider is allowed to bill you and can include a deductible, coinsurance, and other charges not covered. If you have Medicare Supplement Insurance (Medigap policy) or other insurance, it may pay all or part of this amount.

## December 12, 2024
**Regional Womens Hlth Grp LLC, (856)875-0505**
PO Box 22572, New York, NY 10087-2572

| Service Provided & Billing Code | Service Approved? | Amount Provider Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| **Dr. Masi, Kristina M., M.D.** | | | | | | |
| Cervical or vaginal cancer screening; pelvic and clinical breast examination (G0101-GA) | Yes | $130.00 | $42.40 | $41.55 | $0.00 | A,B |
| Established patient periodic preventive medicine examination (65 year old or older) (99397-GY) | **NO** | 150.00 | 0.00 | 0.00 | 150.00 | C |
| **Total for Claim #09-24354-124-840** | | $280.00 | $42.40 | $41.55 | $150.00 | D |

## Notes for Claims Above

**A** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

**B** This service is paid at 100% of the Medicare approved amount.

**C** Medicare does not pay for this item or service.

**D** We have sent your claim to your Medigap insurer. Send any questions regarding your benefits to them. Your Medigap insurer is your supplemental insurer(s).



**Linda S Mclaughlin**

# How to Handle Denied Claims or File an Appeal

## Get More Details

**If a claim was denied, call or write the provider and ask for an itemized statement for any claim.** Make sure they sent in the right information. If they didn't, ask the provider to contact our claims office to correct the error. You can ask the provider for an itemized statement for any service or claim.

Call 1-800-MEDICARE (1-800-633-4227) for more information about a coverage or payment decision on this notice, including laws or policies used to make the decision.

## If You Disagree with a Coverage Decision, Payment Decision, or Payment Amount on this Notice, You Can Appeal

**Appeals must be filed in writing.** Use the form to the right. Our claims office must receive your appeal within 120 days from the date you get this notice.

We must receive your appeal by:

| May 7, 2025 |
| --- |

## If You Need Help Filing Your Appeal

**Contact us:** Call 1-800-MEDICARE or your State Health Insurance Program (see page 2) for help before you file your written appeal, including help appointing a representative.

**Call your provider:** Ask your provider for any information that may help you.

**Ask a friend to help:** You can appoint someone, such as a family member or friend, to be your representative in the appeals process.

## Find Out More About Appeals

For more information about appeals, read your "Medicare & You" handbook or visit us online at www.medicare.gov/appeals.

## File an Appeal in Writing

Follow these steps:

1 Circle the service(s) or claim(s) you disagree with on this notice.

2 Explain in writing why you disagree with the decision. Include your explanation on this notice or, if you need more space, attach a separate page to this notice.

3 Fill in all of the following:

Your or your representative's full name (print)

Your telephone number

Your complete Medicare number

4 Include any other information you have about your appeal. You can ask your provider for any information that will help you.

5 Write your Medicare number on all documents that you send.

6 Make copies of this notice and all supporting documents for your records.

7 Mail this notice and all supporting documents to the following address:

**Medicare Claims Office
c/o Novitas Solutions
P O Box 3413
Mechanicsburg, PA 17055-1852**

D



# Billing Statement

**Guarantor Name:**
Linda McLaughlin

**Hi Linda,**

Thank you for using Regional Womens Health Group Patient Payments

| Personal Statement Code: | Account Number: |
|---|---|
| 3rmb5RrF | 270527 |

| Statement Date | Total Amount Due |
|---|---|
| 03/27/2025 | $150.00 |

**Notice:**

Thank you for choosing Axia Women's Health. Your insurance company processed your claim and the balance is your responsibility, now due in full. For questions contact Patient Services at 800.355.0913 or if preferred patientbilling@axiawh.com. Thank you

 **Pay On-Line**
Pay On Line at **https://healowpay.com** using your **personal statement code- 3rmb5RrF**

**Questions?**
800-355-0913

## Details

| Date | Description of Services | Charges | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| | **Services for Patient: Linda McLaughlin, Account Num: 270527** | | | |
| 12/12/24 | Claim:12639568, Provider: Kristina Masi, MD Facility: Garden State OB/GYN | | | |
| | G0101 Cervical or vaginal cancer screening; pelvic and clinical breast examination | $130.00 | | |
| | 99397 Est Medicare Annual Preventive w/ G0101 I | $150.00 | | |
| | Medicare NJ Novitas Solutions Payment | | $41.55 | |
| | Medicare NJ Novitas Solutions Adjustment | | $87.60 | |
| | Aetna Senior Supplemental Claims Payment | | | |
| | **Your Balance Due On These Services ...** | | | **$150.00** |
| | **Patient: Linda McLaughlin, Account Num: 270527** Pay online at **https://healowpay.com?source=stmt** using your personal statement code - **3rmb5RrF** | | | |

| | **Total Current Charges** | **$150.00** |
|---|---|---|

| Current | 30 Days | 60 Days | 90 Days | 120 Days | **Total Amount Due** |
|---|---|---|---|---|---|
| **$0.00** | **$0.00** | **$0.00** | **$150.00** | **$0.00** | **$150.00** |

*Your account is now past due. Please remit payment.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and enclose the remit below with your payment. Please write your account number on your check. Do not send cash.

Regional Womens Health Group Patient Payments
PO BOX 22576
NEW YORK NY 10087-2576

**Return Service Requested**
016809

**Guarantor Name:**
Linda McLaughlin

**Account Number:**
270527

| Statement Date | Total Amount Due |
|---|---|
| 03/27/2025 | $150.00 |



**\*AUTO\*\*ALL FOR AADC 080 16809 T56:109      16809 1 AB 0.588**
**LINDA MCLAUGHLIN**
**2 MONETA CT**
**MOUNT LAUREL NJ 08054-3082**

**Total Amount Paid**      $ _____

Please make checks payable to **Axia Womens Health**
Remit Payments To:



**REGIONAL WOMENS HEALTH GROUP PATIENT PAYMENTS**
**PO BOX 22576**
**NEW YORK NY 10087-2576**

**We make it easy for you to pay.**
Simply Scan the QR Code with your mobile device to pay on line at **https://healowpay.com** using your **personal statement code. - 3rmb5RrF**
Powered by



**Guarantor Name:**
Linda McLaughlin

**Personal Statement Code:**        **Account Number:**
3rmb5RrF                            270527

Make a secure and easy payment online at **https://healowpay.com** or simply scan the **QR Code.**
**Your personal statement code - 3rmb5RrF**



170 Changebridge Rd Bldg B6
Montville, NJ 07045
(973) 227-8898

111 Madison Ave Ste 305
Morristown, NJ 07960
(973) 683-1400

25 Lindsley Dr Ste 201A
Morristown, NJ 07960
(973) 998-7922

33 Overlook Rd Bldg Ste 108
Summit, NJ 07901
(973) 736-1100

27 Mountain Blvd Ste 6
Warren, NJ 07059
(973) 736-1100

27 Mountain Blvd Ste 6
Warren, NJ 07059
(973) 736-1100

101 Old Short Hills Rd Bldg Ste 101
West Orange, NJ 07052
(973) 736-1100

111 Madison Ave Ste 305
Morristown, NJ 07960
(973) 683-1400

247 Hurffville Crosskeys Rd Ste 3C
Sewell, NJ 08080
(856) 840-8017

25 Rockwood Pl Ste 305
Englewood, NJ 07631
(201) 894-0003

615 Franklin Tpke
Ridgewood, NJ 07450
(201) 447-1700

1160 Kennedy Blvd Ste C
Bayonne, NJ 07002
(201) 447-0467

247 Hurffville Crosskeys Rd Ste 1C
Sewell, NJ 08080
(856) 262-8300
40 Village Green Dr
Swedesboro, NJ 08085
(856) 223-8930

500 Frank W Burr Blvd
Teaneck, NJ 07666
(201) 968-1800

30 W Mount Pleasant Ave Ste 200
Livingston, NJ 07039
(862) 799-2888

200 Campbell Dr Ste 101B
Willingboro, NJ 08046
(609) 877-8777

731 Broadway
Bayonne, NJ 07002
(973) 736-1100

2345 Lamington Rd Ste 107
Bedminster, NJ 07921
(908) 719-4900

67 Walnut Ave Ste 101
Clark, NJ 07066
(973) 736-1100

340 Main St Ste 2
Madison, NJ 07940
(973) 736-1100





# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | PICA | | | | | | | PICA |

**1.** MEDICARE    MEDICAID    TRICARE    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER

(Medicare#)    (Medicaid#)    (ID#/DoD#)    (Member ID#)    (ID#)    (ID#)    (ID#)

**1a.** INSURED'S I.D. NUMBER    (For Program in Item

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)

**3.** PATIENT'S BIRTH DATE   MM   DD   YY    SEX   M   F

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)

**5.** PATIENT'S ADDRESS (No., Street)

**6.** PATIENT RELATIONSHIP TO INSURED

Self   Spouse   Child   Other

**7.** INSURED'S ADDRESS (No., Street)

CITY    STATE

**8.** RESERVED FOR NUCC USE

CITY

ZIP CODE    TELEPHONE (Include Area Code)   ( )

ZIP CODE    TELEP ( a Code)

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** I OLICY GROUP OR FECA NU

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous)

YES   NO

INSURE BIRTH   M YY   F

**b.** RESERVED FOR NUCC USE

**b.** AUTO ACCIDENT?   E (Sta.   YES

ER CLAI

**c.** RESERVED FOR NUCC USE

**c.** OTHER ACC NT?

URANCE PLAN ROGRAM NAME

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** signated

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?

YES   NO   **If yes,** complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE CO** & SIGNI F

**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE ase of a al mation n to process this claim. I also request payment of governme elf or rty v assignme below.

SIGNED

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplie services described below.

SIGNED

**14.** DATE OF CURRENT ILLNESS PREGNANCY (LM HER   MM DD YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATIO   MM DD YY   MM DD Y   FROM   TO

**17.** NAME OF REFERRING PRO CE   17b.

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   MM DD Y   FROM   TO

**19.** ADDI CLAIM INFORMA signate

**20.** OUTSIDE LAB?   $ CHARGES   YES   NO

AGN S OR NATURE OF IL Y Relate E to service line below (24E)   ICD Ind.

B.    C.    D.

F.    G.    H.

J.    K.    L.

**22.** RESUBMISSION CODE    ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) O CE From To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | NPI | |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER   SSN EIN

**26.** PATIENT'S ACCOUNT NO.

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

**28.** TOTAL CHARGE   $

**29.** AMOUNT PAID   $

**30.** Rsvd for N

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**32.** SERVICE FACILITY LOCATION INFORMATION

**33.** BILLING PROVIDER INFO & PH # ( )

SAMPLE

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROG

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be gui
criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND TRICARE PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certi
the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare
and nonmedical information and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay
services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency
In Medicare assigned or TRICARE participation cases, the physician agrees to accept the charge determination of the Medicare carrier or TRICARE fiscal intermediary as the full cha
the patient is responsible only for the deductible, coinsurance and non-covered services. Coinsurance and the deductible are based upon the charge determination of the Medicare c
TRICARE fiscal intermediary if this is less than the charge submitted. TRICARE is not a health insurance program but makes payment for health benefits provided through certain aff
with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding sy

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, TRICARE, FECA AND BLACK LUNG)

In submitting this claim for payment from federal funds, I certify that: 1) the information on this form is true, accurate and complete; 2) I have familiarized myself with all applicab
regulations, and program instructions, which are available from the Medicare contractor; 3) I have provided or will provide sufficient information required to allow the government to n
informed eligibility and payment decision; 4) this claim, whether submitted by me or on my behalf by my designated billing company, complies with all applicable Medicare and/or M
laws, regulations, and program instructions for payment including but not limited to the Federal anti-kickback statute and Physician Self-Referral law (commonly known as Stark law
services on this form were medically necessary and personally furnished by me or were furnished incident to my professional service by my employee under my direct supervision, ex
otherwise expressly permitted by Medicare or TRICARE; 6) for each service rendered incident to my professional service, the identity (legal name and NPI, license #, or SSN) of the
individual rendering each service is reported in the designated section.For services to be considered "incident to" a physician's professional services, 1) they must be rendered ur
physician's direct supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician service, 3) they must be of kinds commonly furni
physician's offices, and 4) the services of non-physicians must be included on the physician's bills.

For TRICARE claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United
Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performe
for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and impris
under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, TRICARE, FECA, AND BLACK LUNG INFORMATION (PRIVACY ACT STATEMENT)

We are authorized by CMS, TRICARE and OWCP to ask you for information needed in the administration of the Medicare, TRICARE, FECA, and Black Lung programs. Authority tc
information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 US
and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you r
are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the e
administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example
be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in sys
records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page
Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990. See ESA-5.
ESA-12, ESA-13. ESA-30, or as updated and republished.

FOR TRICARE CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibi
determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs. the Dept. of Health and Human Services and/or the Dept. of Transp
consistent with their statutory administrative responsibilities under TRICARE/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions: to the
Revenue Service, private collection agencies. and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries mad
request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and in
providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party
coordination of benefits, and civil and criminal litigation related to the operation of TRICARE.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there
penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would
payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical info
under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide p
for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regard
payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized ded
coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnis
me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, a

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB
number for this information collection is 0938-1197. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to r

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | PICA |

**1.** MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#) **1a. INSURED'S I.D. NUMBER** (For Program in Item)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**

**3. PATIENT'S BIRTH DATE** MM DD YY **SEX** M □ F □

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED** Self □ Spouse □ Child □ Other □

**7. INSURED'S ADDRESS (No., Street)**

CITY    STATE

**8. RESERVED FOR NUCC USE**

CITY

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEP ( a Code) (

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. I OLICY GROUP OR FECA NU**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** □ YES □ NO

INSURE BIRTH M YY F

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** □ YES (Sta.

ER CLAI

**c. RESERVED FOR NUCC USE**

**c. OTHER ACC NT?**

SURANCE PLAN ROGRAM NAME

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d.** ignated

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** □ YES □ NO **If yes,** complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE CO & SIGNI F**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** se of a al rmation n to process this claim. I also request payment of governme. elf or rty w assignme. below.

SIGNED

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplie services described below.

SIGNED

**14. DATE OF CURRENT ILLNESS** MM DD YY PREGNANCY (LMF HER DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATIO** MM DD YY MM DD Y FROM TO

**17. NAME OF REFERRING PRO CE** 17b.

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY MM DD Y FROM TO

**19. ADD L CLAIM INFORMA signate**

**20. OUTSIDE LAB?** □ YES □ NO \$ CHARGES

GNOSIS OR NATURE OF IL Y Relate L to service line below (24E) ICD Ind.

B. C. D.
F. G. H.
J. K. L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) O SE From To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. \$ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | NPI | |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) □ YES □ NO

**28. TOTAL CHARGE** \$

**29. AMOUNT PAID** \$

**30. Rsvd for N**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**32. SERVICE FACILITY LOCATION INFORMATION**

**33. BILLING PROVIDER INFO & PH #** ( )

SAMPLE

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item) |
|---|---|---|---|---|---|---|---|---|
| X (Medicare#) | X (Medicaid#) | X (ID#/DoD#) | X (Member ID#) | X (ID#) | X (ID#) | X (ID) | XXXXXXXXXXXXXXXXXXX | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)** XXXXXXXXXXXXXXXXXXXXXXXXX

**3. PATIENT'S BIRTH DATE** MM XX DD XX YY XX **SEX** M X F X

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)** XXXXXXXXXXXXXXXXXXXX

**5. PATIENT'S ADDRESS (No., Street)** XXXXXXXXXX

**6. PATIENT RELATIONSHIP TO INSURED** Self Spouse X Child Other

**7. INSURED'S ADDRESS (No., Street)** XXXXXXX XXXX

**CITY** XXXXXXXXX **STATE** XXX

**8. RESERVED FOR NUCC USE** XXX

**CITY** XXXXXXX **STATE** XX

**ZIP CODE** XXX **TELEPHONE (Include Area Code)** XXX

**ZIP CODE** XXXXXXX **TELEPHONE (Include Area Code)** (XX) XXXXXXX

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)** XXXX

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER** XXXX

**a. OTHER INSURED'S POLICY OR GROUP NUMBER** XXXXXXXXXXXXXXXXXXXXXXXXXX

**a. EMPLOYMENT? (Current or Previous)** X YES X NO

**a. INSURED'S DATE OF BIRTH** MM XX DD XX YY XXXX **SEX** M X F X

**b. RESERVED FOR NUCC USE** XXXXXXXXXXXXXXXXXXXXXXXXXX

**b. AUTO ACCIDENT?** X YES X NO **PLACE (State)** XXX

**b. OTHER CLAIM ID (Designated by NUCC)** XXXXXXXXXXXXXXXXXXXX

**c. RESERVED FOR NUCC USE** XXXXXXXXXXXXXXXXXXXXXXXXXX

**c. OTHER ACCIDENT?** X YES X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME** XXXXXXXXXXXXXXXXXXXX

**d. INSURANCE PLAN NAME OR PROGRAM NAME** XXXXXXXXXXXXXXXXXXXXXXXXXX

**10d. CLAIM CODES (Designated by NUCC)** XXXXXXXXXXXXXXXXXXXX

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** X YES X NO *If yes,* complete items 9, 9a and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED XXXXXXXXXXXXXXXXXXXXXXXXXX DATE XXXXXXXXXXXXX

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED XXXXXXXXXXXXXXXXXXXXX

| 14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) MM XX DD XX YY XXXX QUAL. XXX | 15. OTHER DATE QUAL. XXX MM XX DD XXXX YY XXXX | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM XX XX XXXX TO XX XX XX |

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** XXX XXXXXXXXXXXXXXXXXXXXXXXXX 17b. NPI XXXXXXXXXXXXXXXXX

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM XX XX XXXX TO XX XX XX

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)** XXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXX

**20. OUTSIDE LAB?** X YES X NO **$ CHARGES** XXXXXXXXXXXX

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) **ICD Ind.** X

A. XXXXXXX  B. XXXXXXX  C. XXXXXXX  D. XXXXXXX
E. XXXXXXX  F. XXXXXXX  G. XXXXXXX  H. XXXXXXX
I. XXXXXXX  J. XXXXXXX  K. XXXXXXX  L. XXXXXXX

**22. RESUBMISSION CODE** XXXXXXXXXX **ORIGINAL REF. NO.** XXXXXXXXXXXXXXX

**23. PRIOR AUTHORIZATION NUMBER** XXXXXXXXXXXXXXXXXXX

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |
| XX | XX | XX | XX | XX | XX | XXXX | | XXXXX | XX XX XX XX | XXXX | XXXXXXXXX | XXX | XX | NPI | XXXXXXXXX |

**25. FEDERAL TAX I.D. NUMBER** XXXXXXXXXXXXXXXX **SSN EIN** X X

**26. PATIENT'S ACCOUNT NO.** XXXXXXXXXXXX

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) X YES X NO

**28. TOTAL CHARGE** $XXXXXXXXX

**29. AMOUNT PAID** $XXXXXXX

**30. Rsvd for NUCC** XXXXX

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**

**32. SERVICE FACILITY LOCATION INFORMATION** XXXXXX XXXXXXXXXXXXXXXX

**33. BILLING PROVIDER INFO & PH #** (XXX) XXXXXXX XXXXXXXXXXXXXX

# G



**Garden State OB/GYN**

2401 Evesham Road Suite A
Vorhees, NJ 08043

1/31/25

Linda McLaughlin
2 Moneta Ct.
Mount Laurel, NJ 18054-3072

**Re: Outcome of Investigation into Your Recent Inquiry**

Dear Linda McLaughlin,

Thank you for bringing your concern to our attention. We appreciate the opportunity to review your account and address your inquiry regarding the charges for 12/12/24.

After a thorough investigation of your complaint, we have determined that the charges in question are accurate. As outlined by Medicare's guidelines, coverage for physician examinations is limited to the *Initial Preventive Physical Examination (IPPE)*, often referred to as the "Welcome to Medicare" visit. Unfortunately, Medicare does not provide reimbursement for routine or annual physical exams beyond the scope of the IPPE. Please also refer to your "Medicare and You" 2025 book page 54&55 for clarifying information about Preventive Medicine Visits. Medicare and You 2025

We understand that this situation may be frustrating, and we regret any confusion or inconvenience this may have caused. Our team strives to provide transparent information about coverage and services, and we encourage patients to review their insurance policies to better understand their benefits and responsibilities.

If you have additional questions or would like assistance understanding your Medicare benefits, please feel free to contact us at patientbilling@axiawh.com. We are here to support you and ensure that you have all the information you need regarding your care and billing.

Thank you for choosing Garden State OB/GYN for your healthcare needs.

Sincerely,

Customer Service Escalation Team

_____